# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. EMOND DUREA LOGAN | Mag. Judge: Joseph G. Scoville |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:08-cr-274 (PLM) | March 8, 2010 | 11:00 - 11:04 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Brian Lennon | Defendant: Appeared w/out counsel (will retain) | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT READ |
|---|---|---|
| | | Read ____ Reading Waived ____ |

### TYPE OF HEARING
- ____ First Appearance
- ____ Arraignment:
  - ____ mute
  - ____ not guilty
  - ____ guilty
  - ____ nolo contendre
- ____ Initial Pretrial Conference
- ____ Detention (waived ____)
- ____ Preliminary (waived ____)
- ____ Rule 5 Proceeding
- ____ Revocation/SRV/PV
- ____ Bond Violation
- ____ Change of Plea
- ____ Sentencing
- ✓ Other: Status of Counsel

### DOCUMENTS
- ____ Defendant's Rights
- ____ Waiver of _____
- ____ Consent to Mag. Judge for ____
- ____ Other: _____

Court to Issue:
- ____ Report & Recommendation
- ____ Order of Detention
- ____ Order to file IPTC Statements
- ____ Bindover Order
- ____ Order Appointing Counsel
- ____ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
____ Ordered    ____ Waived

____ Plea Accepted by the Court

____ No Written Plea Agreement

### ADDITIONAL INFORMATION
Deft states atty Leo Terrell would be representing him; the Court will contact Mr. Terrell to schedule further proceedings before the magistrate judge

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted: ____ Yes ____ No
Appeal Packet Given: ____ Yes ____ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

**CASE TO BE:** Set for hearing before Magistrate Judge    **TYPE OF HEARING:** Arraignment/IPTC/Detention Hearing

**Reporter/Recorder:** Digitally Recorded    **Courtroom Deputy:** D. Hand