## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. EMOND DUREA LOGAN | Mag. Judge: Joseph G. Scoville |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:08-cr-274 (PLM) | March 18, 2010 | 10:03 AM - 12:27 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Brian Lennon | Defendant: Leo Terrell | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT READ |
|---|---|---|
| Felony | 2nd Superseding Indictment | Read ____ Reading Waived ____ |

### TYPE OF HEARING
- ___ First Appearance
- ✓ Arraignment:
  - ___ mute
  - ✓ not guilty
  - ___ guilty
  - ___ nolo contendre
- ___ Initial Pretrial Conference
- ✓ Detention (waived ___)
- ___ Preliminary (waived ___)
- ___ Rule 5 Proceeding
- ___ Revocation/SRV/PV
- ___ Bond Violation
- ___ Change of Plea
- ___ Sentencing
- ___ Other:_____

### DOCUMENTS
- ✓ Defendant's Rights
- ___ Waiver of _____
- ___ Consent to Mag. Judge for ___
- ___ Other: _____

Court to Issue:
- ___ Report & Recommendation
- ___ Order of Detention
- ✓ Order to file IPTC Statements
- ___ Bindover Order
- ___ Order Appointing Counsel
- ___ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
- ___ Ordered  ___ Waived
- ___ Plea Accepted by the Court
- ___ No Written Plea Agreement

### ADDITIONAL INFORMATION
Testimony of Gov't witness: Daniel Zolnai; Gov't offers Exhibits 1,2, 4-7
Govt's request for detention denied and deft released on bond

### SENTENCING
- Imprisonment: _____
- Probation: _____
- Supervised Release: _____
- Fine: $ _____
- Restitution: $ _____
- Special Assessment: $ _____
- Plea Agreement Accepted: ___ Yes ___ No
- Appeal Packet Given: ___ Yes ___ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 100,000.00  Unsecured |

| CASE TO BE: Referred to District Judge | TYPE OF HEARING: Further Proceedings |
|---|---|
| Reporter/Recorder: Digitally Recorded | Courtroom Deputy: D. Hand |