UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

EMOND DUREA LOGAN

           Defendant(s).

Case No. 1-08-CR-274

Hon. Paul L. Maloney

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant ___EMOND DUREA LOGAN___, through his/her attorney, submits the following initial pretrial conference summary statement.

I. **DISCOVERY**

    [✓] The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

    [✓] The defendant [✓] will [ ] will not provide reciprocal discovery.

II. **TRIAL**

    [✓] The defendant requests a [✓] jury [ ] non-jury trial.

III. **MISCELLANEOUS**

    [✓] Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the Court if any such conflict becomes known.
    [ ] Counsel for defendant is aware of the following potential conflict(s):
    _____
    _____
    _____.

Date April 12, 2010

Leo James Terrell
Counsel for Defendant
Law Offices of Leo James Terrell
8383 Wilshire Blvd., Suite 920
Beverly Hills, CA 90211
SEE ATTACHMENT

## ATTACHMENT TO DEFENDANT'S
## PRETRIAL CONFERENCE SUMMARY STATEMENT

The purpose of this attachment is to inform the Court that Defendant, EMOND DUREA LOGAN, intends to take the following pretrial actions:

1) File a Motion to Sever,

2) File a Motion to Dismiss for Lack of Sufficient Evidence as to Counts 1 and 3,

3) Propound Discovery and obtain any Discovery acquired by the Public Defender, and

4) File a Motion to Suppress with a request for a Franks hearing challenging the affidavit supporting the search warrant,

Defendant will take the above listed pretrial actions in late April or early May.