UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

FILED - ESC
July 14, 2010 3:36 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___CBH___ /   8-20-10

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EMOND DUREA LOGAN,

    Defendant.
_____/

No. 1:08-CR-274

Hon. Paul L. Maloney
Chief U.S. District Court Judge

Hon. Ellen S. Carmody
United States Magistrate Judge

## MOTION TO SEAL

Now comes the United States of America by Donald A. Davis, United States Attorney for the Western District of Michigan, and Brian K. Delaney, Assistant United States Attorney, and moves this Court to seal this Motion and Order and Motion for Revocation of Bond in the above entitled case for the reason that public disclosure of this motion could expose witnesses to harassment and risk of harm, and could impede execution of the requested arrest warrant. It is further requested that such sealing remain in force and operation until further order of this court.

Respectfully submitted,

DONALD A. DAVIS
United States Attorney

Dated: 7-14-10

_____
BRIAN K. DELANEY
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 7/14/2010

_____
ELLEN S. CARMODY
United States Magistrate Judge