UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

EMOND DUREA LOGAN, CAROLINE
EPPS LOGAN, MARTELL D. LOGAN
AND SHARON LOGAN,

           Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cr-274

## ORDER DENYING MOTION TO WAIVE PERSONAL APPEARANCE AT HEARING

        This matter is before the Court on Defendants Emond Durea Logan, Caroline Epps Logan, Martell D. Logan and Sharon Logan's Motion to Waive Personal Appearance at Hearing for Defendants' First Motion to Dismiss Indictment for Improper Venue and First Motion to Sever Defendants (Dkt. #281). The defendants have requested the Court proceed at the hearing without the defendants present at the hearing. The government opposes their request. Upon consideration of the motion, the Court will deny the request. Accordingly,

        **IT IS HEREBY ORDERED** that the Motion to Waive Personal Appearance at Hearing for Defendants' First Motion to Dismiss Indictment for Improper Venue and First Motion to Sever Defendants (Dkt. #281) is **DENIED**. Defendants Emond Durea Logan, Caroline Epps Logan, Martell D. Logan and Sharon Logan shall be present at the hearing.

Date: August 4, 2010

                       /s/ Paul L. Maloney
                       Paul L. Maloney
                       Chief United States District Judge