UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:08-CR-274

vs.                           Hon. Paul L. Maloney

EMOND LOGAN,

        Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, Defendant Emond Logan pled guilty on September 13, 2010, to Count One of the Second Superseding Indictment charging him with conspiracy to distribute and possess with the intent to distribute five kilograms or more of cocaine in violation of Title 21, United States Code, Sections 846 and 841(a)(1);

WHEREAS, the United States gave notice that upon conviction on Count One of the Second Superseding Indictment, the Defendant shall forfeit all proceeds of that offense and property used to facilitate that offense;

WHEREAS, pursuant to the plea agreement and plea hearing, the Defendant consented to the forfeiture of his interest in certain property hereinafter referred to as, the "Subject Property," including:

1.    ACCOUNTS

    uu.    Any and all funds in Wells Fargo Bank Checking Account ending in the numbers XXXXX2635, in the name of Emond D. Logan dba Executive Transporting in the amount of $1,771.25;

    vv.    Any and all funds in Wells Fargo Checking Account ending in the numbers

XXXXXX5039, in the names of Emond D. Logan and Caroline Epps in the amount of $9,752.01;

ww   Any and all funds in Wells Fargo Savings Account ending in the numbers XXXXXX9432, in the name of Caroline Epps in the amount of $500.16;

xx.  Any and all funds in Wells Fargo Savings Account ending in the numbers XXX-XXX3464, in the name of Emond D. Logan dba Executive Transporting in the amount of $33.92;

aaa. Any and all funds in Wescom Credit Union account ending in the number XX9216, in the names of Martell Logan and Sharon Logan in the amount of $35,191.13.

2. <u>VEHICLES</u>

hhh. One 2007 Maserati Quattroporte, VIN ZAMCE39A670027835;

iii. One 2010 Ford Mustang, VIN 1ZVBP8CH9A5116707;

jjj. One 2007 Volvo semi tractor trailer, VIN 4V4NC9TJ17N457049;

kkk. One 2007 Lexus RX350, VIN 2T2GK31U77C005333;

lll. One 2006 Chrysler 300, VIN 2C3KA53G66H192383;

mmm. One 2007 Mercedes Benz SL 500R, VIN WDBSK71FO7F128632; and

ooo. One 2009 Great Dane Trailer, VIN 1GRAA06209T548382.

3. <u>REAL PROPERTY</u>

cc.  19058 Springbrook Court, Riverside California 92508-6283, more fully described as: The land situated in the State of CA, County of Riverside, City of Riverside, and described as follows:

   Lot 45 of Tract No. 28628, as shown by map on file in Book 285 Pages 34 through 38 inclusive of Maps, records of Riverside County, California.

APN: 266-491-012-1
Owner: Caroline Epps-Logan and Emond D. Logan, wife and husband as joint tenants.

4. <u>CURRENCY</u>

$7,535 United States currency seized from 19058 Springbrook Court, Riverside, CA , on or about September 11 and 14, 2009.

WHEREAS, Defendant has admitted in his plea agreement that the Subject Property constitutes the proceeds of his illegal activities as charged in Count One and/or was used to facilitate his illegal activities;

WHEREAS, based on the plea and plea agreement, this Court finds that the Subject Property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of violations of Title 21, United States Code, Sections 846, and 841(a), and/or was used or intended to be used to commit or to facilitate the commission of said violations; and

WHEREAS, this Court finds that Defendant had an interest in the Subject Property and that the government has established the requisite nexus between the Subject Property and the violations of Title 21, United States Code, Sections 846 and 841(a)(1).

IT IS HEREBY ORDERED that pursuant to Title 21, United States Code, Section 853, the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service seize the Subject Property and dispose of same in accordance with applicable law and regulations.

IT IS FURTHER ORDERED that notice of this forfeiture shall be published in accordance with Title 21, United States Code, Section 853(n)(1).

Dated: October ___, 2010
                                                                                                                                          _____
                                                                 PAUL L. MALONEY
                                                                 Chief United States District Judge