UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMOND DUREA LOGAN, CAROLINE
EPPS LOGAN, MARTELL D. LOGAN,
AND SHARON LOGAN,

    Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cr-274

## ORDER DISMISSING MOTIONS AS MOOT

On February 24, 2010, a Second Superseding Indictment was filed in this case naming Emond Durea Logan, Caroline Epps Logan, Martell D. Logan, and Sharon Logan ("the Logan defendants"), among several other individuals, as defendants. On March 9, 2010, the Logan defendants filed a motion to dismiss count three of the Indictment for improper venue (Dkt. #222). On April 14, 2010, the Logan defendants filed a motion to sever their trial from the other co-defendants (Dkt. #269). Oral argument was scheduled on the motions, and the Logan defendants filed a motion to waive each of their personal appearance at the hearing (Dkt. #281) and a motion to compel discovery (Dkt. #282). The Court then granted a request by the Logan defendants to reschedule the hearing on the motions, but held a hearing on a motion filed by the government regarding a conflict of interest in defense counsel representation of all four Logan defendants. At the hearing, the Court granted the government's motion to disqualify defense counsel from representing all four Logan defendants. The Court allowed counsel to continue his representation of defendant

Emond Durea Logan only, appointed co-counsel for Emond Durea Logan, and appointed counsel for the other Logan defendants.

On September 13, 2010, defendant Emond Durea Logan appeared before the Court and pleaded guilty to Count One of the Superseding Indictment. He is scheduled to be sentenced on January 10, 2010. On September 22, 2010, a Third Superseding Indictment was filed naming Caroline Epps Logan, Martell D. Logan, and Sharon Logan, among other individuals, as defendants. On November 16, 2010, this Court granted a government motion to dismiss the Second and Third Superseding Indictments against Martell D. Logan and Sharon Logan. On December 1, 2010, this Court granted a government motion to dismiss the Second and Third Superseding Indictments against Caroline Epps Logan. Accordingly,

**IT IS HEREBY ORDERED** that the motion to dismiss count three of the Indictment for improper venue (Dkt. #222), the motion to sever their trial from the other co-defendants (Dkt. #269), and the motion to compel discovery (Dkt. #282) filed by Emond Durea Logan, Caroline Epps Logan, Martell D. Logan, and Sharon Logan are **DISMISSED as moot**.

Date: December 1, 2010       /s/ Paul L. Maloney
                             Paul L. Maloney
                             Chief United States District Judge