Eugene H. Logan
Mae H. Logan                                    12/21/2010
19413 Northwood Ave.
Carson, California 90746

Honorable Judge

Dear Honorable Judge,
We are Eugene H. Logan & Mae H. Logan the parents of Emond Logan. We are writing to ask for your leniency on the sentencing of our son Emond Logan scheduled for February 22, 2011. We would like to speak on his behalf & tell you what type of person our son is. He was raised in a loving God fearing Christian home, were he attended Sunday school & Church with his Parents, Brother, Sisters, Aunts, Uncles & Cousins. Emond & his family were all involved in the Church. His Grandfather the Sunday School Superintend & Trustee, his Grandmother the Church Deaconess. He was taught to be & is a loving, respectful, giving, caring person, to follow rules & obey the law. Emond has always been a hard worker, this was instilled into him at a early age. Working at 15 as a grocery store box boy, than to become a Truck Driver for Southern California Disposal Company for 20 years. After many years of hard work & dedication, he decided to get licensed & he started his own trucking company. Emond is loyal, a loving husband, father, grandfather, son & brother. His love & friendship is genuine always willing to help family, friends, neighbors, his church & charities. We love him very much.
We would like to thank you Honorable Judge for allowing us to speak on our son behalf with this letter, we pray that you can take what we have said into consideration for leniency.

Sincerely,
*Eugene H. Logan*   *Mae H. Logan*
Eugene H. Logan & Mae H. Logan

Sharna Logan-Gonzalez        12/22/2010
1009 Keats Dr.
DeSoto, Texas 75115

Honorable Judge

Dear Honorable Judge,
My name is Sharna Logan-Gonzalez, the eldest sister of Emond Logan. I would like to first thank you Your Honor & the Court for the opportunity in allowing me to speak on my brother's behalf. I'm in no way taking the charges against my brother Emond likely. I just would like to ask for your leniency on his sentencing & to give you insight on his character. Emond is a loving husband, devoted father, caring brother & a loving son. He was raised up to love the Lord & respect others. Emond was taught at an early age not to think the world owed him anything, to be a hard worker, never ask for handouts, to do well on his jobs, to be & is a dependable person, whom you can rely on. He is the type of man that will step up first without any hesitation to help a total stranger, giving his last dime not expecting anything in return. My brother Emond has a kind-hearted giving spirit, he is loved very much. I know society would not benefit from sending Emond to jail; a long prison sentence would be detrimental to our family & all concerned. Due to our parents who are getting up in age & may not be around. I am begging you Your Honor for the lightest possible sentence, may you have mercy.
I have faith the right course of action will be considered by you. Thank you again for your time.

Sincerely,
*Sharna Logan-Gonzalez*
Sharna Logan-Gonzalez

*Emmanuel – H.M. Turner African Methodist Episcopal Church*
*5200 S. Compton Avenue*
*Los Angeles, CA 90011*
*323.232.6300*
*Email: EHMTAMEC@aol.com*
*Reverend Joyce Reece Kitchen, Pastor*

This letter is written in support of Emond Logan, who is the adult son of Eugene and Mae Hue Logan, faithful members of Emmanuel –Turner AME church, where I am currently the pastor. This family has been a foundational part of the history of our church. Logan attended the church as a child, during which time countless hours were spent participating in the activities of the church and instructions.

The senior Logans continue to be active in the church with regular attendance and faithful service. Their lives reflect their Christian values and both have been elevated to our *Council of Elders Board*, an honorary position reserved for advanced age members who have served faithfully in leadership roles in the church over the course of many years. They are generous, kind and compassionate toward fellow members of the church and those who we serve in the community during outreach. While some people support the church in a fragmented way the Logan family supports the church fully in all areas. Their faith is one that involves their total lifestyle. Just recently they donated their time to wrap Christmas gifts for children from underprivileged families. They were the first to arrive for the task and the last to leave. Mr. Logan has also volunteered his time and expertise to assist in needed repairs around the church facility.

Any given Sunday they can be found at the altar during the time of prayer, praying for themselves, their family, the church and others. Mr. Logan's courageous public presentation during his recent health crisis served as an example of his commitment to his faith as he effectively witnessed to many others who were struggling with physical illness.

As parents and grandparents Mr. and Mrs. Logan continue to take an active role in passing their faith to the upcoming generations. They often bring their adult children, grandchild and great-grandchild to church with them in an effort to share with them the spiritual foundation that has served them so well over the years. Understandably their hearts are very heavy regarding the circumstances in which their son now finds himself. Any consideration that can be granted to their son will go a long way in easing the physical and emotional burdens of these faithful elders of our church.

Sincerely,

Rev. Joyce R. Kitchen,
Senior Pastor

To honorable Judge

My name is Shirtrice Logan. I am the eldest child of Edmond Logan. I am writing this letter to request leniency for my father. Although I'm requesting leniency for him, I truly believe his leniency will be for the better for all of his family. I am 29 years old and I have never been without my father. Being without him has taken a toll on me emotionally as well as physically. I suffer from vitalago and outbreaks occurs most frequently under stress and I have obtained more spots/discoloration over this last year, then I have in the past three years of being diagonised. I cry everynight because my father is not with me physically. It truly hurts. He is more than a father to me, he is my dad as well as my friend. Times have evolved and most men today are just dads, not fathers. I know this from experience. I am a single mother

and my child has a dad not a father. It takes a good man to take on that role. My father is a GREAT Man, that came from a great family, with an upbringing of morals, values and love, and that is what he has instilled in me since birth. My grandparents are still married to this day and although you want better for your children unfortunately my mom and dad got a divorce. But, even with that said, he NEVER got divorced from my sister and I. He is a devoted father, a caring grandfather and loving husband. Sometimes I think he knows me better than I know myself. There has been times that he has called me and even though I wasn't in the best spirits, I would try to convince him as well as myself that I was. He knew I wasn't. There has been times that he has called me and told me something told him to call and tell me he loves me. Although I know that, his reassurance made everything better. I need that reassurance. Birthdays and holidays are the hardest. He will be 50 in

January and I will be thirty in August. These are milestone birthdays especially since he will be half a century. He use to joke with me and tell me I am getting old, never him, just me. But the truth is not only is he getting older and is no threat to society, so are my grandparents and I believe the time that he needs to spend with them are crucial. They are our foundation. I have faith that the right course of action will be considered. Thank you for considering this request for leniency.

Sincerely,
[signature]