## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| **USA v.** Emond Durea Logan | **District Judge:** Paul L. Maloney |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:08-cr-274 | 3/31/11 | 1:35 p.m. - 3:04 p.m.<br>3:15 p.m. - 4:27 p.m. | Kalamazoo | |

### APPEARANCES

| Government:<br>John Bruha and Brian Lennon | Defendant:<br>Leo Terrell and Scott Graham | Counsel Designation:<br>Retained & CJA Appt |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ___ Arraignment:<br>　___ mute<br>　___ not guilty<br>　___ guilty<br>　___ nolo contendre<br>___ Final Pretrial Conference<br>___ Detention (waived ___)<br>___ Motion Hearing<br>___ Revocation/SRV/PV<br>___ Bond Violation<br>___ Change of Plea<br>✓ Sentencing<br>___ Trial<br>___ Other: | ___ Defendant's Rights<br>___ Waiver of Indictment<br>___ Other:<br><br>Court to Issue:<br>___ Order of Detention<br>___ Notice of Sentencing<br>___ Order Appointing Counsel<br>___ Other: | Charging Document:<br>___ Read　___ Reading Waived<br><br>Guilty Plea to Count(s) _____ of the _____<br><br>Count(s) to be dismissed at sentencing: _____<br><br>___ Presentence Report Ordered<br>___ Presentence Report Waived<br>___ Plea Accepted by the Court<br>___ Plea Taken under Advisement<br>___ No Written Plea Agreement |

### SENTENCING

| Imprisonment: 420 months<br>Probation: n/a<br>Supervised Release: 5 years<br>Fine: $ 0.00<br>Restitution: $ 0.00<br>Special Assessment: $ 100.00 | Plea Agreement Accepted: ✓ Yes ___ No<br>Appeal Packet Given: ✓ Yes ___ No<br>Conviction Information:<br>Date: 9/13/10<br>By: Plea<br>As to Count(s): 1 of 2nd SS Indictment |
|---|---|

**ADDITIONAL INFORMATION:**
Count Three of the 2nd Superseding Indictment and all counts in the First Superseding Indictment pertaining to this defendant are dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

| **CASE TO BE:** | **TYPE OF HEARING:** |
|---|---|

| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |
|---|---|

**Criminal Minute Sheet Page 2 of 2**
**USA v.** Emond Durea Logan
**Case No.:** 1:08-cr-274
**Date:** 3/31/11

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| ✓ | | Alvin Keith Jackson |
| ✓ | | Joseph Guzman |
| ✓ | | Emond Logan |
| | | |
| | | |
| | | |
| | | |
| | | |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| ✓ | | | Exhibits 1, 2, 3 | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**