UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - -

EMOND DUREA LOGAN,

    Movant,                                          No. 1:08-CR-274

vs.                                                 Chief Judge Paul L. Maloney

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

The United States having filed a motion for an order finding that the attorney-client privilege is waived as to information necessary to answer Movant's Section 2255 motion, and the Court having found good cause to grant the requested relief,

IT IS HEREBY ORDERED that the government's motion for an order authorizing release of information subject to the attorney-client privilege is GRANTED.

IT IS FURTHER ORDERED that the attorney-client privilege is WAIVED with respect to information relating to the ineffective assistance of counsel claims, as described in Paragraph 3 of the United States' brief in support of its motion, including any communications between Movant and his former counsel that are relevant to his claims.

IT IS FURTHER ORDERED that if Attorneys Leo Terrell, Richard Zambon, and/or Scott Graham intend to file an affidavit responding to the allegations in Movant's Section 2255 motion, the affidavit shall be filed within 30 days of the date of this Order.

IT IS FURTHER ORDERED that the United States shall have an additional 30 days from the deadline for the filing of any affidavits in which to file its response to Movant's Section 2255

1

motion. Movant shall have 14 days from the date of service of the United States' response in which to file a reply.

Date: February 13, 2015        /s/ Paul L. Maloney
                                Chief Judge Paul L. Maloney
                                United States District Judge
                                Western District of Michigan