IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | | |
|---|---|---|
| **EMOND DUREA LOGAN,** | ) | **Civil No. 1:15-cv-00076** |
| | ) | |
| **Defendant-Petitioner,** | ) | **Crim. No. 1:08-cr-00274-016** |
| | ) | |
| v. | ) | **Chief District Judge Paul L. Maloney** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff-Respondent.** | ) | |

NOTICE OF FILING OF
TRANSCRIPTS OF RECORDED TELEPHONE CONVERSATIONS

Defendant-Petitioner Emond Durea Logan, through counsel, gives notice of the filing of transcripts of three recorded telephone conversations. As Mr. Logan's second affidavit establishes, he spoke to Attorney Leo Terrell three times during the week of February 19, 2010.

The recordings of these three conversations have been described and are attached.

What the court reporter refers to as Conversation Number 1 occurred on February 22, 2010 at about 6:45 PM. Conversation Number 2 occurred on February 20, 2010 at about 8:00 PM. Conversation Number 3 occurred on February 19, 2010 at about 6:30 PM.

                                                Respectfully submitted,

                                                ROBINSON & BRANDT, P.S.C.

Dated: 18 March 2015                 /s/    <u>Jeffrey M. Brandt</u>
                                                        Jeffrey M. Brandt, Esq.
                                                         Ohio Reg. No. 0065475
                                                        629 Main Street
                                                        Suite B
                                                        Covington, Ky 41011
                                                        (859) 581-7777 voice
                                                        (859) 581-5777 facsimile
                                                        <u>jbrandt@robinsonbrandt.com</u>
                                                        <u>assistant@robinsonbrandt.com</u>

## CERTIFICATE OF SERVICE

    I certify that on the date reported below I filed this Notice of the Filing of Transcripts of Recorded Telephone Conversations, along with the attached transcripts, through the district court clerk's Electronic Filing System, which should cause copies to be served electronically upon Assistant U.S. Attorneys Sally J. Berens and Brian P. Lennon.

Dated: 18 March 2015                                         /s/     <u>Jeffrey M. Brandt</u>
                                                                                            Jeffrey M. Brandt, Esq.