TRANSCRIPT OF AUDIO RECORDED

TELEPHONE CONVERSATIONS BETWEEN

LEO J. TERRELL

AND

EMOND LOGAN

TERRI PORTER - REPORTER
CJV REPORTING COMPANY
130 DUDLEY ROAD, SUITE 170
EDGEWOOD, KENTUCKY  41017
(859) 581-9794
FAX (859) 581-6899
TOLL FREE 1-800-315-9687

1        (TRANSCRIBER'S NOTE: Names

2        that were not provided are

3        spelled phonetically.)

4    CONVERSATION NUMBER 1

5        LOGAN:  Hello.

6        TERRELL:  Hello.

7        LOGAN:  Yeah.

8        TERRELL:  Listen, I, you,

9    you, you, I don't like this.

10        LOGAN:  I don't either.  I

11    think it's (inaudible.)

12        TERRELL:  Okay.  (Inaudible)

13    again.

14        LOGAN:  (Inaudible.)  I just,

15    you know, my back is up against the

16    wall (inaudible) --

17        TERRELL:  So why, why, why is

18    your back up against the wall today

19    versus two months ago or a month ago?

20        LOGAN:  Well, they said you

21    couldn't be my attorney.

22        TERRELL:  Okay, listen, I

23    cannot be your, listen, let's, let's

24    play that game out.  The judge denied

1   the motion for this case, okay, the

2   current case.

3            LOGAN:  Right.

4            TERRELL:  Now you were in

5   court, you heard what Lyndon said, what

6   he's going to do.  He's going to do

7   what.  He's going to file a new

8   indictment and dismiss this case.

9            LOGAN:  Right (inaudible.)

10           TERRELL:  Yeah.  Now what

11  does that mean, starts all over again.

12           LOGAN:  Yeah.

13           TERRELL:  You understand what

14  I'm saying?

15           LOGAN:  Right.

16           TERRELL:  Everything starts

17  all over again.

18           LOGAN:  Well, what about --

19           TERRELL:  If I come in and

20  represent you and we get waivers from

21  (inaudible) Martel and Caroline saying

22  I don't care if Terrell represents

23  Emond, I got news for you, that

24  decision that that judge made

1  (inaudible) in this case can be

2  appealed.  That's appealable decision.

3          LOGAN:  Well, I didn't know

4  all that.

5          TERRELL:  Well, I'm telling

6  you.  I'm telling you this now, okay.

7  But let's, let's just play out this

8  whole thing.  Did you honestly believe

9  you were going to trial on this case,

10  on the first case?  (Inaudible) see

11  that (inaudible.)  Did you think you

12  were going to trial on the first case?

13          LOGAN:  I don't know, I --

14          TERRELL:  Oh, come on.

15  Listen, let me tell you right now, you

16  were in that same courtroom -- Yeah,

17  come on in.

18          LOGAN:  Yeah.

19          TERRELL:  You, come on.  I

20  got Martel.  You were, you were in the

21  same courtroom and you heard -- not

22  that chair.  You, you were in the same

23  courtroom, you were in the same

24  courtroom that I was in and you heard

1    Lyndon say, you heard Lyndon say --

2            LOGAN:  That he wasn't ready

3    to go to trial.

4            TERRELL:  Huh?

5            LOGAN:  He wasn't prepared

6    (inaudible.)

7            TERRELL:  He wasn't prepared

8    to go to trial.  Not that chair, that

9    chair's no good.  (Inaudible) that

10    chair there.  He, he was not prepared,

11    he was going to file a new indictment

12    and he was going to dismiss this case,

13    okay.  The case that they currently

14    have with you, they were not going to

15    trial March 9th, okay, that was not

16    going to happen.

17            LOGAN:  Well, that's

18    (inaudible) --

19            TERRELL:  (Inaudible.)

20    Pardon?

21            LOGAN:  (Inaudible) -- the

22    plea --

23            TERRELL:  Yeah, yeah, but

24    listen, and that's what, that's my

1    point.  My point is this, that that

2    case -- get about six, seven bottles of

3    water -- that case, the case that's

4    currently against you right now --

5         LOGAN:  Uh-huh.

6         TERRELL:  That case was

7    scheduled to go to trial March 9th.

8    Lyndon was going to file a superseding

9    indictment next week and dismiss this

10   case, okay, and then everything starts

11   all over again.

12        LOGAN:  Uh-huh.

13        TERRELL:  So, so I would have

14   been your attorney in the, in this new

15   case.

16        LOGAN:  I don't even know if

17   it's still happening.

18        TERRELL:  Listen, my point is

19   this, I'm going to talk to (inaudible)

20   this weekend.

21        LOGAN:  Okay.

22        TERRELL:  (Inaudible) --

23   we're not going to email to Zambon.

24   But all I'm simply saying is this.  The

1    deal that day that you signed today was

2    not what we talked about, drug

3    trafficking makes no sense.

4              LOGAN:  Okay.

5              TERRELL:  So listen, do you

6    have access to this phone over the

7    weekend?

8              LOGAN:  Yeah.

9              TERRELL:  All right.  Listen,

10   and Saturday and Sunday?

11             LOGAN:  Saturday, Sunday

12   (inaudible) --

13             TERRELL:  What time do you

14   usually call?

15             LOGAN:  All weekend.

16             TERRELL:  Okay, fine.

17   Listen, listen, you're, and that, okay,

18   listen, this is what I'm going to do.

19   Tomorrow evening, let's see, five

20   o'clock, you're three hours ahead of

21   us, I want you to see if you can call

22   me between five and six o'clock

23   tomorrow evening.

24             LOGAN:  Okay.

1          TERRELL:  That's, that's

2     nine, that's, that's eight to nine

3     o'clock your time.

4          LOGAN:  Right, I gotcha.

5          TERRELL:  Okay.  And then

6     you, you know, then you, also, you call

7     your family, whatever.  But I want you

8     to, I want to talk to you tomorrow.

9          LOGAN:  Okay.  I don't know

10    what else to say.  I just, you know,

11    like I said, I --

12         TERRELL:  Listen, man, we

13    been talking about this case for

14    months.

15         LOGAN:  I know.

16         TERRELL:  And you can't, for

17    you, for them to tell you or make a

18    deal with guys in 24 hours without

19    talking to me about it or say, hey, let

20    me talk to Terrell about this --

21         LOGAN:  That's what I'm

22    saying, they act like you were on board

23    with it.

24

1          TERRELL:  No, because the

2    last conversation I had with you --

3          LOGAN:  Uh-huh.

4          TERRELL:  When I walked out

5    of there I said I'm going to see if I

6    can get you walk out of there.

7          LOGAN:  (Inaudible.)

8          TERRELL:  You didn't hear me

9    saying anything about no ten years drug

10   trafficking.  That (inaudible) talking

11   about.

12         LOGAN:  Yeah.

13         TERRELL:  So when you talk to

14   Zambon you tell Zambon, if he comes up

15   there to see you on Sunday you tell him

16   to talk to me, to call me.

17         LOGAN:  Okay.

18         TERRELL:  Because that's not

19   what we were talking about, man, we

20   were talking about you walking.

21         LOGAN:  I was, I was very

22   shocked because I thought it went from

23   five to ten (inaudible) and maybe been

24   switched (inaudible) or something.  I

1   was like wait a minute, I thought it

2   was, you know, money laundering.

3           TERRELL:  Yeah.  And that's

4   what I say, for them not to say, oh,

5   Terrell, let's get Terrell on the

6   phone.  Call me tomorrow.

7           LOGAN:  Okay.

8           TERRELL:  All right.

9           LOGAN:  All right, thanks,

10  boss.

11  (CONCLUSION OF FIRST CONVERSATION.)

12

13   CONVERSATION NUMBER 2

14           UNKNOWN:  Hey, Emond.  Hi,

15  hold on one second.

16           TERRELL:  Yeah, man.

17           LOGAN:  I was just wondering

18  if my brother's still up there or --

19           TERRELL:  Yeah, he's still up

20  there, we're talking.

21           LOGAN:  Okay.

22           TERRELL:  You want to say

23  something to him?

24

1    LOGAN:  Just wondering what

2    he thought about it.

3    TERRELL:  Well, we're, we're

4    just talking.  You will have plenty of

5    time to talk to him later on.  We're

6    talking.  I'm going to talk to you

7    tomorrow.  I'm get, we're, we're trying

8    to go over this case, find out the,

9    like I told you, I was going to talk to

10   the family first, I'm doing all my

11   homework and then they'll be able to

12   talk to you later on.  But let me, let

13   me talk to him and Sharon, I'm talking

14   to them right now.

15   LOGAN:  Okay.  All right,

16   bye.

17   (CONCLUSION OF SECOND CONVERSATION.)

18

19   CONVERSATION NUMBER 3

20   LOGAN:  Hey, amigo.

21   TERRELL:  Hey, how you doing,

22   man.

23   LOGAN:  Okay.

24

1          TERRELL:  Look, you know,

2     there is a lot of, you know, we, I'm

3     sure you talked to your brother and

4     Caroline --

5          LOGAN:  Uh-huh.

6          TERRELL:  And, look, here's

7     my thinking.  First of all, what is

8     happening, is anything going on

9     tomorrow, are you giving any type of

10    proffer evidence tomorrow?

11         LOGAN:  No.

12         TERRELL:  Okay.  Okay, so --

13         LOGAN:  (Inaudible) --

14    supposed to but I mean Monday, I was

15    supposed to, I'm not though.

16         TERRELL:  Okay, wait, so

17    what, what is, is anybody seeing you

18    tomorrow, on Sunday?

19         LOGAN:  Zambon said he was

20    going to come down here.

21         TERRELL:  Okay, listen --

22         LOGAN:  I'm not (inaudible)

23    talk to him neither.

24         TERRELL:  Huh?  Look, look --

1          LOGAN:  I'm not --

2          TERRELL:  Yeah, here, here,

3     here's, here's what I'm thinking, I

4     talked to everyone, I talked to

5     Caroline this afternoon.

6          LOGAN:  Uh-huh.

7          TERRELL:  I talked to

8     Caroline about what her sister said.

9     And I'm glad that she, she agrees that,

10    I've looked at, first of all, we don't,

11    we don't need to tell Zambon or, or

12    Lynman, Lyndon, anything about what

13    your sister said.

14         LOGAN:  Yeah.

15         TERRELL:  But what I'm going

16    to write an email to, to Zam, this is

17    what, if Zambon comes up --

18         LOGAN:  Uh-huh.

19         TERRELL:  -- to you tomorrow

20    you should tell him, you see, that,

21    that, that charge of money, of that

22    drug, that count one, is no good.

23         LOGAN:  Uh-huh.

24

1          TERRELL:  And we should say,

2     look, there's evidence that's called

3     Brady evidence --

4          LOGAN:  Uh-huh.

5          TERRELL:  Evidence that Alvin

6     lied about you.

7          LOGAN:  Yeah.

8          TERRELL:  Okay.  That's all

9     you should say.  And that if the, if

10    the grand jury relied on Alvin's

11    testimony Alvin can be impeached by

12    whom, don't say who.

13         LOGAN:  Yeah.

14         TERRELL:  Okay.  Now here's

15    my point, the U.S. Attorney, the U.S.

16    Attorney either had knowledge or knew

17    that Alvin's testimony could not be

18    backed up.

19         LOGAN:  Right.

20         TERRELL:  Okay.  Now we, like

21    one thing I, like Caroline says, she

22    heard the same thing that I heard --

23         LOGAN:  Okay.

24         TERRELL:  -- involving Lisa.

1          LOGAN:  Yes.

2          TERRELL:  Okay.  Now think

3   about it, man, if Alvin was to get up

4   there on the witness stand and talk

5   about what you two were doing --

6          LOGAN:  Uh-huh.

7          TERRELL:  -- he could be

8   impeached by his own wife.

9          LOGAN:  Right.

10         TERRELL:  You see what I'm

11  saying?

12         LOGAN:  Uh-huh.

13         TERRELL:  And, therefore, a

14  jury could say wait a minute, wait a

15  minute, if the government is relying on

16  Alvin and Alvin's not credible, and

17  what Alvin was trying to tell the

18  government is what he was trying to get

19  somebody else to say and they said no

20  way, that's going to create reasonable

21  doubt.  You see what I'm saying?

22         LOGAN:  Yeah.

23         TERRELL:  So, look, we'll

24  just --

1          LOGAN:  Right, I'm not, I'm

2     not interested in nothing (inaudible.)

3          TERRELL:  Yeah, it would be,

4     look --

5          LOGAN:  (Inaudible.)

6          TERRELL:  -- here's the thing

7     about it --

8          LOGAN:  (Inaudible) -- dirty

9     what they did anyways.

10         TERRELL:  What?

11         LOGAN:  I said what did was

12     dirty, that --

13         TERRELL:  Yeah, you know, I

14     think, I think what they did, what I

15     find offensive is I saw Zambon on the

16     streets after I left you and I said to

17     him what can we do to get Emond to walk

18     out of the jail.

19         LOGAN:  Uh-huh.

20         TERRELL:  And he, and he

21     said, well, you know, it's possible, I

22     don't know, but I'll, I'll talk to

23     Lyndon about it.  Okay, and that's the

24     last thing I said to those, that guy.

1    LOGAN:  Yeah.

2    TERRELL:  That's the last

3  thing I said.  Then, and then on

4  Thursday I wrote Lyndon a letter

5  saying, look, I haven't had a chance to

6  talk to the family yet and so I can't

7  meet with Emond on Friday but I'll call

8  you over the weekend.

9    LOGAN:  (Inaudible.)

10    TERRELL:  And then the next

11  thing I know is you sign a deal and,

12  and then Zambon is telling me, well,

13  you did a, you really helped get him to

14  sign that deal.  If you notice that,

15  you notice that last sentence of that

16  plea agreement you signed, it said and

17  I have no problem with my attorney.

18  Hell, just 24 hours earlier you were

19  telling the judge all he was doing was

20  sticking plea deals in front of you.

21    LOGAN:  Right.

22    TERRELL:  See, that was to

23  try to, see, that's where those guys --

24

1          LOGAN:  I've told you what

2     they was doing (inaudible) --

3          TERRELL:  Well, right, right

4     --

5          LOGAN:  (Inaudible) -- they

6     share information and everything.

7     (Inaudible) --

8          TERRELL:  Right.  Look, look,

9     so far all we have heard, all we have

10    heard is you're a bad guy.

11         LOGAN:  Yeah.

12         TERRELL:  How about the

13    evidence that they may have in their

14    possession that doesn't support what

15    Alvin said.  To me, the ace in the hole

16    is Lisa.

17         LOGAN:  Yeah.

18         TERRELL:  And according to

19    Caroline a federal agent called Lisa

20    the other day.

21         LOGAN:  Okay.

22         TERRELL:  Why is he calling

23    her again.

24         LOGAN:  Yeah.

1      TERRELL:  And as far as I'm

2    concerned now --

3      LOGAN:  (Inaudible) --

4    supersede (inaudible) I'm not --

5      TERRELL:  Well, you know

6    what, see, my thinking here is this,

7    Zambon wasn't ready for trial and, and

8    Lyndon's not even ready for trial.

9      LOGAN:  No.

10      TERRELL:  When, when I came

11    in there he said I got some more stuff,

12    he said to me right before, when, when

13    we were in that courthouse Thursday he

14    said I got some more stuff coming from

15    Pennsylvania, some computer documents.

16    Well, if he got some more stuff coming

17    from Pennsylvania that tells me a lot.

18    See, one, one thing that we learned is

19    that from the time that Zambon first,

20    when you first appeared with Zambon --

21      LOGAN:  Uh-huh.

22      TERRELL:  And up until the

23    time when the judge set the first date

24    for trial Zambon didn't file a damn

1      motion.

2              LOGAN:  No, nothing.

3              TERRELL:  He didn't file, he

4      didn't even say, Your Honor, you know

5      what, I'd like to continue the pretrial

6      thing because I haven't got discovery,

7      I'm going to propound discovery, I'm

8      going to ask for discovery, I got a

9      formal discovery request.  He didn't do

10     anything.  And I explained the case to

11     your sister, your sister-in-law and to

12     Martel.

13             LOGAN:  (Inaudible.)

14             TERRELL:  And I'm telling you

15     the reason why, the reason why that

16     indictment stinks now more than ever is

17     because Alvin could not have given any

18     evidence of money laundering because he

19     couldn't.

20             LOGAN:  Exactly.

21             TERRELL:  So that's why the

22     deal stunk and then that's why, you

23     know, that's why they made the change.

24     So, look, look, here, here's the only

1    downside of it.  And the downside is,

2    and I hope Zambon is, I mean Lyndon is

3    professional, he cut a, he said to me

4    that if, if they come back with an

5    indictment he'll let Martel, Sharon and

6    Caroline surrender voluntarily and they

7    don't have to go to jail.  They can

8    report in and fly in.  Now, you know, I

9    got a feeling he's going to do that.

10   My, my guess is if not then we'll just

11   fly them in to Michigan and ask the

12   court, have them surrender and ask for

13   bail immediately.

14            LOGAN:  Yeah, but can't they

15   just do that in California and just --

16            TERRELL:  Yeah, well, he,

17   this is what --

18            LOGAN:  (Inaudible.)

19            TERRELL:  This is what we can

20   do.

21            LOGAN:  (Inaudible.)

22            TERRELL:  Now he said, this

23   is what he said, he said, he said they

24   could surrender in California --

1        LOGAN:  Uh-huh.

2        TERRELL:  And that there is,

3    that they would agree to fly to

4    Michigan in two weeks.

5        LOGAN:  Yeah.

6        TERRELL:  Now I don't know if

7    he's going to do that in light of if

8    you back out of the deal.

9        LOGAN:  Right.

10        TERRELL:  See what I'm

11    saying.  He could be a nice guy or he

12    could play hardball.  But, you know, I

13    just don't like, I, listen, let me sit

14    here and say this, this is the part

15    that stinks, no one, if they said that,

16    that, that drug, that drug charge,

17    Zambon needs that drug conspiracy

18    charge to keep his little case going.

19        LOGAN:  Right.

20        TERRELL:  Never was that,

21    never was, there was a comment about

22    you, you pleading to a count one.  I

23    mean the difference between count one

24    and count two is day and night.

1      LOGAN:  (Inaudible) -- they

2    made me believe (inaudible) you know --

3      TERRELL:  Man, listen, now

4    listen --

5      LOGAN:  (Inaudible) -- part

6    of that.

7      TERRELL:  How in the world

8    cam they tell you what I said when I

9    don't tell them anything.

10      LOGAN:  Right.

11      TERRELL:  Yeah, oh, I agree

12    with you though, I agree.  I agree that

13    they made it sound like that because

14    when I talked to Zambon Zambon said,

15    man, you did a good job in (inaudible.)

16    I said what are you talking about.  And

17    I wrote Lyndon a letter and said I

18    didn't agree to that.

19      LOGAN:  No.  Well, just like

20    I said, we just get them to supersede

21    or I'm not going to talk to nobody

22    about nothing.

23      TERRELL:  No.  You know what,

24    I'd just say, look, here's the thing

1       about it, if it's a superseding

2       indictment everything starts all over

3       again --

4               LOGAN:  Right.

5               TERRELL:  -- from the

6       beginning.  See what I mean?

7               LOGAN:  Right.

8               TERRELL:  And then I can file

9       motions, I can ask for discovery, I can

10      do all that stuff.

11              LOGAN:  Yeah.  Let's just do

12      that, that's fine.

13              TERRELL:  Yeah, but, okay,

14      so, so I'm going to, I'm going to, I'm

15      going to write a letter to Lyndon.

16      See, now listen, now here, here it is

17      --

18              LOGAN:  Okay.

19              TERRELL:  You just can say

20      you don't want to go through with it.

21      Don't say anything about me, just say

22      you don't want to go through with it.

23              LOGAN:  Right.

24

1          TERRELL:  Okay.  And now I'm

2     going to have, I'm going to have Monica

3     write Lyndon a email saying, look, that

4     deal is no good because, I'm going to

5     say the government has evidence that,

6     that, I'm not going to tell them what,

7     the government has evidence that Alvin

8     isn't telling the truth.

9          LOGAN:  Right.

10          TERRELL:  And they got to

11     figure that out.  The only thing we got

12     to make sure is Caroline's sister

13     doesn't disappear for about a year.

14          LOGAN:  Yeah.  Okay.

15          TERRELL:  Okay.

16          LOGAN:  I gotcha, boss.

17          TERRELL:  Okay.  I'll talk

18     to, I'll probably be back in the office

19     tomorrow at five o'clock.  But, listen,

20     if you see Zambon say, look, I'm not,

21     I'm not okay with that deal.  If he,

22     whatever, don't tell him anything I've

23     said to you.

24          LOGAN:  No, I'm not, I won't.

1    TERRELL:  Nothing.  He's

2    still on the hook as your attorney.

3    LOGAN:  Right.  (Inaudible.)

4    TERRELL:  And so, so --

5    LOGAN:  (Inaudible) -- it's

6    probably being recorded though, so then

7    --

8    TERRELL:  Well, you know

9    what, if they record it so be it.

10    LOGAN:  Yeah.

11    TERRELL:  I mean, I mean I, I

12    reference -- They can hear anything I'm

13    saying right now --

14    LOGAN:  Right.

15    TERRELL:  Because that deal

16    isn't being, or that deal was not

17    agreed upon --

18    LOGAN:  Right.

19    TERRELL:  And that's not what

20    the government said and there's

21    evidence to say that the government

22    isn't telling the truth.

23    LOGAN:  Right.  Okay.

24    TERRELL:  All right.

1          LOGAN:  All right, thank you.

2          TERRELL:  All right, I'll

3     talk to you tomorrow.

4          LOGAN:  Okay.

5  (CONCLUSION OF THIRD CONVERSATION.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    COMMONWEALTH OF KENTUCKY

2    STATE      AT      LARGE

3              I, THERESA PORTER, a Notary Public

4    within and for the Commonwealth of Kentucky, do

5    hereby certify that the foregoing audio recorded

6    conversations were transcribed by me to the best

7    of my ability.

8

9

10

11

12

13   WITNESS MY SIGNATURE
     THIS 28TH OF JANUARY, 2015
14

15   My Commission Expires:  February 8, 2017

16

17

18              _____

19              Theresa Porter - Notary Public
                   Notary ID No. 480580
20                COMMONWEALTH OF KENTUCKY

21

22

23

24