# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Emond Durea Logan | | DISTRICT JUDGE: Paul L. Maloney |
|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:08-cr-274 | 4/10/2017 | 9:13 a.m. - 10:53 a.m. | Kalamazoo | |

## APPEARANCES

| Government: Sally J. Berens | Defendant: Jeffrey Michael Brandt | Counsel Designation: Retained |
|---|---|---|

## TYPE OF HEARING
- __ Arraignment:
  - __ mute  __ nolo contendere
  - __ not guilty  __ guilty
- __ Final Pretrial Conference
- __ Detention  (waived __)
- ✓ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Trial
- __ Other: ____

## DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: ____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: ____

## CHANGE OF PLEA
Charging Document:
 __ Read  __ Reading Waived

Guilty Plea to Count(s) ____
of the ____

Count(s) to be dismissed at sentencing: ____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

## SENTENCING

Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____

Plea Agreement Accepted: __ Yes  __ No
Defendant informed of right to appeal: __ Yes  __ No
Counsel informed of obligation to file appeal: __ Yes  __ No
Conviction Information:
 Date: ____
 By: ____
 As to Count (s): ____

**ADDITIONAL INFORMATION:**
Hearing on defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. 2255 (#911); taken under advisement, opinion and order to issue

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
|  | ✕ | Emond Durea Logan |
|  | ✕ | Eugene Harrison Logan |
| ✕ |  | Richard Zambon |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ADDITIONAL INFORMATION:**