UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>EDMOND D. LOGAN,<br>  Defendant. | )<br>)<br>)   No. 1:08-cr-274<br>)<br>)   Honorable Paul L. Maloney<br>)<br>)<br>) |

## ORDER RESOLVING MOTION FOR SENTENCE MODIFICATION

This matter comes before the court on Defendant Edmond Logan's motion for a modification of his sentence. (ECF Nos. 1173, 1174).

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive. U.S.S.G. § 1B1.10(c).

However, Amendment 782 provides Defendant no relief. Defendant's original guideline range was 360 months to Life, and he was sentenced to 420 months imprisonment. After application of Amendment 782, the applicable guideline range remains 360 months to Life. As the resulting guideline range has not been lowered by Amendment 782, the amendment is of no assistance to Defendant. The court denied this exact request previously. (ECF No. 1142).

Defendant's motion also invokes Amendment 821. Defendant has already moved for modification of his sentence under Amendment 821. (ECF Nos. 1163, 1184, 1190). The court amended his sentence from 420 months to 384 months. (ECF No. 1191). On this record, Defendant is not entitled to more relief.

**IT IS HEREBY ORDERED** that Defendant Edmond Logan's motion for a modification of his sentence (ECF No. 1173) is **DENIED.**

**IT IS SO ORDERED.**

Date: April 25, 2025 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge